Memorandum Decisions.

THE STATE OF KANSAS, *Appellee,* v. WILLIAM CARROLL
and TIV. SEXTON, *Appellants.*

No. 18,353.

Appeal from Sedgwick district court, division No. 2.
Opinion filed December 7, 1912. Affirmed.

*James Conly,* and *Glenn Porter,* both of Wichita,
for the appellants.

*John S. Dawson,* attorney-general, *W. P. Montgomery,* special assistant attorney-general, and *George McGill,* county attorney, for the appellee.

*Per Curiam:* Appellants were adjudged to be guilty of contempt of court in violating an injunction restraining them from keeping and maintaining a nuisance in the Planter's hotel, in the city of Wichita. The objection that leading questions were asked furnishes no ground for reversal, and the remaining one that the evidence was insufficient to sustain the judgment can not be upheld. Under the governing rule, the evidence appears to be ample.

The judgment is affirmed.

---

MINGNON HOLMGREN et al., *Appellants,* v. JOHN A.
PETERSON et al., *Appellees.*

No. 18,464.

GERDA P. OLSON, *Appellant,* v. JOHN A. PETERSON
et al., *Appellees.*

No. 18,465.

Appeals from Ellsworth district court. Opinion filed December 7, 1912. Affirmed.

*Ira E. Lloyd,* and *N. F. Nourse,* both of Ellsworth,
for the appellants.

*Z. C. Millikin,* of Salina, for the appellees.

*Per Curiam:* These cases follow the judgment in *Olson v. Peterson,* ante, p. 350, and the judgments are affirmed.